THE STATE *vs.* EPHRIAM SHEROUK *alias* FRANK SHERRIE.

First Judicial District.

Argued October 4th—decided October 5th, 1905.

INDICTMENT for murder in the first degree, brought to the Superior Court in Tolland County and tried to the jury before *Robinson, J. ;* verdict and judgment of guilty,

and appeal by the accused for alleged errors in the admission of evidence. *No error.*

*Hugh O'Flaherty* and *Francis P. Rohrmayer*, for the appellant (the accused).

*Charles Phelps*, State's Attorney, for the appellee (the State).

Opinion filed with the clerk of the Superior Court in Tolland County.